**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRUCE RUSH, as a participant in and on behalf of the Segerdahl Corporation employee stock ownership plan, and on behalf of a class of all others who are similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GREATBANC TRUST COMPANY; MARY LEE SCHNEIDER; RICHARD JOUTRAS; RODNEY GOLDSTEIN; PETER MASON; ROBERT CRONIN; JOHN DOE DEFENDANTS 1-10; and SEGERDAHL CORP. (d/b/a SG360), <br><br> Defendants. | Case No.: 1:19-cv-00738 <br><br> Judge Andrea R. Wood <br> Magistrate Judge Susan E. Cox |

## NOTICE OF JOINT MOTION

**PLEASE TAKE NOTICE** that on **THURSDAY, APRIL 4, 2019 at 9:00 A.M. CST.**, we shall appear before the Honorable Judge Andrea R. Wood, or any judge sitting in her stead in Courtroom 1925 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Parties' **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD & OTHER RELIEF**.

Dated: March 29, 2019

Respectfully submitted,

**GREATBANC TRUST COMPANY, MARY LEE SCHNEIDER, RICHARD JOUTRAS, RODNEY GOLDSTEIN, PETER MASON, ROBERT CRONIN, PETER MASON, AND SEGERDAHL CORP. D/B/A SG360°**

/s/ Sarah J. Gasperini

Sarah J. Gasperini (local counsel)
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Tel: 312.787.4949
Fax: 312.787.4995
Email: Sarah.Gasperini@jacksonlewis.com

Charles F. Seemann III (PHV application forthcoming)
Robert W. Rachal (PHV application forthcoming)
JACKSON LEWIS P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: 504.208.1755
Fax: 504.208.1759
Email: Charles.Seemann@jacksonlewis.com
Robert.Rachal@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Sarah J. Gasperini, certify that on March 29, 2019, I caused the foregoing **NOTICE OF JOINT MOTION** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Sarah J. Gasperini