# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bruce Rush

                      Plaintiff,

v.                                              Case No.: 1:19–cv–00738
                                              Honorable Andrea R. Wood

Greatbanc Trust Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 2/8/2022. For the reasons stated on the record, Plaintiff's motion to strike Defendants' summary judgment motions and supporting documents, or alternatively to require Defendants to conform summary judgment motions and statement of facts to Fed. R. Civ. P 56 and Local Rules [226] is denied as to the request to strike and otherwise resolved as follows. The Court will consider Defendants' separately filed summary judgment motions. Plaintiff is granted leave to file a total of 30 pages of briefing in response to the individual Defendants' summary judgment motions at docket entries [210] and [213]. The individual Defendants' replies shall not exceed a total of 15 pages of briefing. The courtroom deputy will contact the parties to schedule a bench trial. Telephonic status hearing set for 4/13/2022 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.