# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bruce Rush

                      Plaintiff,

v.                                                   Case No.: 1:19−cv−00738
                                                          Honorable Andrea R. Wood

Greatbanc Trust Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/14/2022. For the reasons stated on the record, the Court extends the case schedule as follows. The parties shall file their final pretrial order, with their witness lists and exhibit lists, by 12/5/2022. Any motions in limine shall be filed by 12/12/2022. Responses to motions in limine shall be filed by 12/21/2022. By the close of business on 12/13/2022, the parties may email the courtroom deputy with a list of agenda items to discuss at the next status hearing. The parties shall provide their trial exhibits to chambers (in electronic format on a flash drive in addition to one set in binders) by 12/23/2022. The parties are advised to set up an orientation regarding the in−court evidence presentation system prior to trial; they may contact the courtroom deputy for assistance. Telephonic status hearing set for 12/14/2022 at 1:30 P.M. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.