

December 30, 2022

**Via hand delivery:**
**(With a copy via ECF)**

Hon. Andrea R. Wood
Courtroom 1925
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Hon. Andrea R. Wood,

  Enclosed please find a USB flash drive containing the Defendants' trial exhibits, Plaintiff's trial exhibits and the Parties' joint trial exhibits. These documents have been redacted in accordance with Fed. R. Civ. P. 5.2. The Parties are still negotiating the scope and extent of additional redactions necessary under the Agreed Confidentiality Order (Dkt. # 37).

  Plaintiff is lodging these copies with the Court because the Joint Statement and Plaintiff's responses to Defendants' motions *in limine*, which are currently before the Court, reference some of these trial exhibits and Plaintiff seeks to make them available for the Court's use. The Parties will timely provide printed copies of the exhibits as well as electronic versions of the exhibits with any additional redactions that may be agreed upon. In the interim, the Parties respectfully request that the Court maintain these documents under seal until the Parties complete resolution of what materials need to be redacted.

                Sincerely,

                /s/ James A. Bloom

                James A. Bloom
                SCHNEIDER WALLACE
                COTTRELL KONECKY LLP
                2000 Powell Street, Suite 1400
                Emeryville, CA 94608
                Phone: (510) 740-2937
                jbloom@schneiderwallace.com

CC: All counsel of record (via email)