UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE RUSH, as participant in and on behalf of the Segerdahl Corporation employee stock ownership plan, and on behalf of a class of all others who are similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>GREATBANC TRUST COMPANY; MARY LEE SCHNEIDER; RICHARD JOUTRAS; RODNEY GOLDSTEIN; PETER MASON; ROBERT CRONIN; JOHN DOE DEFENDANTS 1-10; and SEGERDAHL CORP. (D/B/A SG360),<br><br>        Defendants. | Case No. 1:19-cv-00738<br><br>Hon. Andrea R. Wood<br><br>Mag. Judge Susan E. Cox |

**MOTION OF JACKSON LEWIS, P.C. FOR LEAVE TO WITHDRAW
AS COUNSEL FOR THE OUTSIDE DIRECTOR DEFENDANTS**

Attorneys Charles F. Seemann, III, Katelyn W. Harrell, Robert Rachal, and Sarah J. Gasperini of Jackson Lewis, P.C. (the "Jackson Lewis Attorneys"), pursuant Local Rule 83.17, hereby respectfully request leave to withdraw as counsel for Defendants Rodney Goldstein, Peter Mason, and Robert Cronin (the "Outside Director Defendants"). The Jackson Lewis Attorneys bring this motion at the direction and with the approval of the Outside Director Defendants, who will continue to be represented by counsel of record William O'Neil and Kevin Simpson of Winston & Strawn LLP. Withdrawal of the Jackson Lewis Attorneys will not prejudice the Outside Director Defendants or any other party, as Attorneys O'Neil and Simpson have represented the Outside Director Defendants since June 2022. *See* Dkts. 283, 284.

WHEREFORE, for the foregoing reasons, the Jackson Lewis Attorneys respectfully request leave to withdraw as counsel for Defendants Rodney Goldstein, Peter Mason, and Robert Cronin.[1]

Dated: January 5, 2023                    Respectfully submitted,

By:     /s/ Katelyn W. Harrell
Sarah J. Gasperini (local counsel)
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500 Chicago, Illinois 60601
Tel: 312.787.4949
Fax: 312.787.4995
Email: Sarah.Gasperini@jacksonlewis.com

Charles F. Seemann III
Robert W. Rachal
Katelyn W. Harrell
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Tel: 504.208.1755
Fax: 504.208.1759
Email:Charles.Seemann@jacksonlewis.com
         Robert.Rachal@jacksonlewis.com
       Katelyn.Harrell@jacksonlewis.com

**COUNSEL FOR DEFENDANTS GREATBANC TRUST COMPANY, MARY LEE SCHNEIDER, RICHARD JOUTRAS, RODNEY GOLDSTEIN, PETER MASON, ROBERT CRONIN, AND SEGERDAHL CORP D/B/A SG360°**

---

[1] The Jackson Lewis Attorneys will remain counsel of record for Defendants Greatbanc Trust Company, Mary Lee Schneider, Richard Joutras, and Segerdhal Corp.

## **CERTIFICATE OF SERVICE**

      I, Katelyn W. Harrell, certify that on January 5, 2022, I caused this pleading to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Katelyn W. Harrell*
