**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE RUSH, as a participant in and on behalf of the Segerdahl Corporation employee stock ownership plan, and on behalf of a class of all others who are similarly situated, | |
| Plaintiff, | Case No.: 1:19-cv-00738 |
| v. | Judge Andrea R. Wood |
| | Magistrate Judge Susan E. Cox |
| GREATBANC TRUST COMPANY; MARY LEE SCHNEIDER; RICHARD JOUTRAS; RODNEY GOLDSTEIN; PETER MASON; ROBERT CRONIN; JOHN DOE DEFENDANTS 1-10; and SEGERDAHL CORP. (d/b/a SG360), | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**A SUPPLEMENT TO DEFENDANT'S WITNESS LIST**

Defendants hereby respectfully move the Court for entry of an Order granting Defendants leave to file the attached Supplement to Defendant's Witness List. Plaintiff's takes no position on Defendants' proposed supplement. In support of this motion, Defendants' state as follows:

1. Defendants listed an affidavit from Brian Crumbaugh on their exhibit list.

2. Plaintiff objected to the introduction of this affidavit at trial, and at the final pretrial conference in this matter the Court held that Mr. Crumbaugh's live testimony was needed in lieu of his affidavit. Pretrial Conference Transcript at pp. 49-50 and 71.

3. Defendants raised the potential that they would add Mr. Crumbaugh to their witness list and Plaintiff did not object. Dkt. 338 at pp. 9-10.

4. Defendants' have identified Brian Crumbaugh of Wynnchurch Capital, LLC as a witness with general knowledge concerning allegations in this case.

5. Defendants' wish to call him as a witness for trial.

6. Defendants served a subpoena on Mr. Crumbaugh on January 9, 2023 and are waiting for his counsel to advise them on his availability for trial.  Plaintiff's counsel was copied on this communication.

7. Defendants anticipate spending one hour questioning Mr. Crumbaugh at trial.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Defendants leave to file the attached Supplement to Defendants' Witness List.

Dated: January 10, 2023.

*/s/ Robert W. Rachal*
Sarah J. Gasperini (local counsel)
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Tel:    312.787.4949
Fax:    312.787.4995
Email: Sarah.Gasperini@jacksonlewis.com

Charles F. Seemann III
Robert W. Rachal
Katelyn W. Harrell
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Tel:    504.208.1755
Fax:    504.208.1759
Email: Charles.Seemann@jacksonlewis.com
        Robert.Rachal@jacksonlewis.com
        Katelyn.Harrell@jacksonlewis.com

**COUNSEL FOR DEFENDANTS GREATBANC TRUST COMPANY, MARY LEE SCHNEIDER, RICHARD JOUTRAS AND SEGERDAHL CORP D/B/A SG360°**

## CERTIFICATE OF SERVICE

I, Robert W. Rachal, certify that on January 10, 2023, I caused this pleading to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Robert W. Rachal*

4859-3383-7896, v. 1