UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE RUSH, as a participant in and on behalf of the Segerdahl Corporation employee stock ownership plan, and on behalf of a class of all others who are similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY; MARY LEE SCHNEIDER; RICHARD JOUTRAS; RODNEY GOLDSTEIN; PETER MASON; ROBERT CRONIN; JOHN DOE DEFENDANTS 1-10; and SEGERDAHL CORP. (d/b/a SG360),<br><br>    Defendants. | Case No.: 1:19-cv-00738<br><br>Judge Andrea R. Wood<br>Magistrate Judge Susan E. Cox |

**JOINT MOTION REQUESTING STATUS CONFERENCE**

Plaintiff Bruce Rush ("Plaintiff") and Defendants GreatBanc Trust Company ("GreatBanc"), Mary Lee Schneider, Richard Joutras, and The Segerdahl Corporation d/b/a SG360° ("Segerdahl") (collectively the "Segerdahl Defendants"), and Rodney Goldstein, Peter Mason, and Robert Cronin (collectively the "Outside Director Defendants") (collectively the "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, the Parties hereby submit this joint motion and respectfully request a status conference with the Court at its earliest convenience regarding the above-captioned matter.

DATED: August 14, 2024          Respectfully submitted,

By:    */s/ Peter Schneider*
Peter Schneider (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
pschneider@schneiderwallace.com

Michael M. Mulder
Elena N. Liveris
LAW OFFICES OF
MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone: (312) 263-0272
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

James A. Bloom (*pro hac vice)*
Raymond S. Levine (*pro hac vice)*
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jbloom@schneiderwallace.com
rlevine@schneiderwallace.com

*Counsel for Plaintiff and the Class*

By:    */s/ Robert W. Rachal*
Robert W. Rachal (*pro hac vice*)
Charles F. Seemann III (*pro hac vice*)
JACKSON LEWIS P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Charles.Seemann@jacksonlewis.com
Robert.Rachal@jacksonlewis.com

        Sarah J. Gasperini
        JACKSON LEWIS P.C.
        150 N. Michigan Ave., Suite 2500
        Chicago, Illinois 60601
        Telephone: (312) 787-4949
        Sarah.Gasperini@jacksonlewis.com

*Attorneys for Segerdahl Defendants*

By:   */s/ William O'Neil*
       William O'Neil
       Kevin Simpson
       WINSTON & STRAWN, LLP
       35 W. Wacker Dr.
       Chicago, Illinois 60601
       Telephone: (312) 558-5308
       woneil@winston.com
       kpsimpson@winston.com

*Counsel for Outside Officer Defendants*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on August 14, 2024, a true and correct copy of the foregoing document was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Robert W. Rachal*
ROBERT W. RACHAL (*pro hac vice*)