IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Bruce Rush

Plaintiff(s),

v.

Greatbanc Trust Company, et al

Defendant(s).

Case No. 1:19-cv-00738
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: in favor of Defendants on all counts.

This action was *(check one)*:

☐ tried by a jury with Judge                presiding, and the jury has rendered a verdict.
☑ tried by Judge Andrea R. Wood without a jury and the above decision was reached.
☐ decided by Judge Andrea R. Wood on a motion

Date: 3/31/2025                    Thomas G. Bruton, Clerk of Court

                                   Laritza Arcos , Deputy Clerk